Marc V. Kalagian
Attorney at Law: 4406
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Gene Lloyd Rugani

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENE LLOYD RUGANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:12-cv-02182-GMN-CWH<br><br>ORDER ON STIPULATION FOR DISMISSAL |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

**DATED** this 29th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge